UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | Case No.  1:20-cv-01388-DAD-EPG |
| Plaintiff, | |
| | ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| O CHK, INC., | (ECF No. 10) |
| Defendant. | |

The Parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 10.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **February 9, 2021**              /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE